IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
PEORIA DIVISION

| | |
|---|---|
| CHRISTINA S. TANKERSLEY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No.  05-CV-1294 |
| ) | |
| COMPREHENSIVE MANAGEMENT ) | |
| SERVICES, INC., et al., ) | |
| ) | |
| Defendants. ) | |

## REPORT AND RECOMMENDATION

BYRON G. CUDMORE, U.S. MAGISTRATE JUDGE:

On September 30, 2005, Plaintiff, through counsel, Robert D. Gaubas, filed her Complaint herein and paid all filing fees in full.  Summons to all Defendants were issued that same date.  However, Plaintiff has not taken steps to perfect service on Defendants.  Federal Rule of Civil Procedure 4(m) directs that a Plaintiff must serve a Defendant within 120 days of filing of the Complaint.   On January 30, 2006, the 120 days for service lapsed.  Plaintiff's counsel was reminded of the 120-day rule by this Court's text order of February 3, 2006 and advised if service was not perfected, the case was subject to dismissal for want of prosecution.  A status report was directed to be filed by 2/15/2006.   No status report was

timely filed. As of this date, Plaintiff has failed to comply with Rule 4(m). The Court recommends that Plaintiff's Complaint be dismissed for want of prosecution.

Plaintiff is advised that any objection to this Report and Recommendation must be filed in writing with the Clerk of the Court within ten working days after being served with a copy of this Report and Recommendation. See 28 U.S.C. § 636(b)(1). Failure to file a timely objection will constitute a waiver of objections on appeal. <u>Video Views, Inc. v. Studio 21, Ltd.</u>, 797 F.2d 538, 539 (7th Cir. 1986). See Local Rule 72.2.


ENTER:   February 21, 2006

    FOR THE COURT:           s/ Byron G. Cudmore
                                                        _____
                                                          BYRON G. CUDMORE
                                       UNITED STATES MAGISTRATE JUDGE