**E-FILED**
Thursday, 09 March, 2006  03:03:37 PM
Clerk, U.S. District Court, ILCD

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| CHRISTINA S. TANKERSLEY, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 05-1294 |
| | ) | |
| COMPREHENSIVE MANAGEMENT | ) | |
| SERVICES, INC., et al., | ) | |
| | ) | |
| Defendants. | ) | |

## O R D E R

On February 21, 2006, a Report & Recommendation was filed by Magistrate Judge Byron G. Cudmore in the above captioned case.  More than ten (10) days have elapsed since the filing of the Report & Recommendation, and no objections have been made.  See 28 U.S.C. § 636(b)(1); Fed. R. Civ. P. 72(b); Lockert v. Faulkner, 843 F.2d 1015 (7th Cir. 1988); and Video Views, Inc. v. Studio 21, Ltd., 797 F.2d 538, 539 (7th Cir. 1986).  As the parties failed to present timely objections, any such objections have been waived.  Id.

The relevant procedural history is sufficiently set forth in the comprehensive Report & Recommendation of the Magistrate Judge.  Suffice it to say that Plaintiff has failed to take steps to perfect service on Defendants within 120 days as required by Federal Rule of Civil Procedure 4(m) despite abundant opportunities to do so and a warning from the Court that the case would be subject to dismissal if timely service was not achieved.  The Court concurs with the recommendation that Plaintiff's failure to properly serve the Defendants warrants the dismissal of this action for want of prosecution.  Accordingly, the Court now

adopts the Report & Recommendation [#5] of the Magistrate Judge in its entirety.  This case is now DISMISSED for failure to prosecute.

ENTERED this 9th day of March, 2006.

s/ Michael M. Mihm
Michael M. Mihm
United States District Judge